IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-02166-RPM**

RITA RAINS,

               Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

               Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

M.V. Wentz
 Secretary

     Upon consideration of Plaintiff's motion to stay (Doc. #4), settlement papers or defendant's answer will be filed by April 3, 2006

Dated:   February 14, 2006