IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05cv02166-RPM-BNB

RITA RAINS,

        Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

        Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court on the parties' Stipulated Motion for Dismissal with Prejudice and the Court being fully advised, hereby approves the parties' stipulation as follows:

IT IS ORDERED that Civil Action No. 05cv02166-RPM-BNB is dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

DATED: November 1, 2006.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch
        United States District Court Judge

po52166.doc